UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-6300-MWF(CWx)**                                    Dated: **December 2, 2013**

Title:    Patsy Young -*v*- Life Insurance Company of North America

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   In light of the Notice of Settlement filed December 2, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 6, 2014 at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                                       Initials of Deputy Clerk    rs
CIVIL - GEN

-1-